1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREW MARKS,

Plaintiff,

v.

ALISSA Mc CLUSKEY *et al.*,

Defendants.

Case No.  C08-5151RJB/JKA

ORDER ADOPTING
REPORT AND
RECOMMENDATION

The Court, having reviewed, the Report and Recommendation of Magistrate Judge J. Kelley

Arnold, objections to the Report and Recommendation, if any, and the remaining record, does hereby

find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Plaintiff has failed to pay the filing fee for this action and the action is
dismissed for failure to prosecute. This dismissal is **WITHOUT
PREJUDICE.**

(3)     Clerk is directed to send copies of this Order to plaintiff,
counsel for defendants, and to the Hon. J. Kelley Arnold.

DATED this 11th day of July, 2008.

ROBERT J. BRYAN
United States District Judge

ORDER
Page - 1